Before STATE INDUSTRIAL BOARD, Respondent. ANNA PLANOCKA, Respondent, v. ABENDROTH BROTHERS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA LAFER, Respondent, v. NEW YORK STANDARD ASH CAN MANUFACTURING COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that written notice of death was not given, and the failure to give such notice has not been excused. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MICHELENA FUSCO, Respondent, v. BELLAS HESS & COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRED KEEZER, Respondent, v. H. J. F. MINDERMAN, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MINNIE E. THAYER, Appellant, v. DAVID MAYDOLE HAMMER COMPANY and Another, Respondents.— Decision unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. DIEGO VACCO, Respondent, v. URBANO ALETTI and NEW YORK INDEMNITY COMPANY, Appellants, Impleaded with Another, Defendant.— Award as to the appellant New York Indemnity Company reversed and claim dismissed, and as to the United States Fidelity and Guarantee Company and the employer, affirmed. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JIM BELL (BENJAMIN BODINO), Respondent, v. WENNEMER CONSTRUCTION CO., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM WHALEN, Respondent, v. COONEY & MOORE and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. TIMOTHY CARROLL, Respondent, v. V. VIVAUDOU, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. EDWARD PENNY, Respondent, v. JOHN GENTILE and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK ZELINSKY, Respondent, v. CHATEAUGAY ORE AND IRON COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH SILVERMAN, Respondent, v. FREEDMAN BROS. and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the evidence does not show that claimant was disabled during the entire period covered by the award. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE LENNON, Respondent, v. JOSEPH KELLY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. RICHARD MAHER, Respondent, v. DONNER UNION COKE CORPORATION and Another, Appellants,— Award unanimously affirmed, with costs to the State Industrial Board.